COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-380-CV

GENE HOLLOWAY AND DENTON APPELLANT
S

INDEPENDENT SCHOOL DISTRICT 

V.

JANE DOE, INDIVIDUALLY AND AS APPELLEE

NEXT FRIEND FOR SALLY DOE, A 

MINOR 

 
 

----------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant's And Appellee's Joint Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J. 

DELIVERED:  March 1, 2007  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.